No. 1635. CURETON *v.* WESTFIELD. November Term, 1884. The facts of this case are the same as in the case next *infra*, except that no attempt was made to serve the answer until sixty days after the *remittitur* was filed with the clerk of the Court of Common Pleas for Greenville County. Judgment of HUDSON, J., affirmed. OPINION by MR. JUSTICE McIVER, January 7, 1885. *E. F. Stokes*, for appellant. *Wells & Orr*, contra.